**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Rodney Joseph Dyess**                    **Case No. 24-50343-KMS**
            **Candace Janette Dyess, Debtors**             **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $4,883.00 | $64.13 | $4,947.13 | 30 | 06/11/2024 |
| $1,650.00 | $97.65 | $1,747.65 | 51 | 11/05/2024 |
| $2,343.50 | $191.25 | $2,534.75 | n/a | n/a |
| $8,876.50 | $353.03 | $9,229.53 | | |



# INVOICE

Invoice # 6424
Date: 05/16/2024
Due On: 06/15/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rodney Joseph Dyess and Candace Janette Dyess
648 Henleyfield McNeill Rd
Carriere, MS 39426

### 05170-Dyess Rodney Joseph Dyess and Candace Janette

### Ch 13 hourly - Rodney and Candace

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 12/04/2023 | Contact Debtor (Text/Email): Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | KR | 12/05/2023 | Review email from debtor: Reviewed email from debtor about American Express not being listed on the credit report and that there should be no liens since the taxes have been paid; drafted email to debtor letting him no if there is not a debt listed then he can provide us with the information to add | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/05/2023 | Reviewed email from debtor with a debt that he forgot to add to his credit report with American Express | 0.10 | $150.00 | $15.00 |
| Service | BB | 12/07/2023 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed debtors credit report looking for any student loans. No student loans were found. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/08/2023 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of needed documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/08/2023 | Review email from debtor: Reviewed email from debtor stating that he will have requested documents to us sometime next | 0.10 | $100.00 | $10.00 |

| | | | week. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 12/13/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with answers to questions needed for filing. Organized and filed answers in debtors file. Drafted reply email with link to the credit counseling course as requested by debtor. | 0.40 | $100.00 | $40.00 |
| Service | BB | 12/13/2023 | Review email from debtor: Reviewed email from debtor inquiring as to if he and his wife have to take the credit counseling course separately. Drafted reply email advising that they must attend separately. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/14/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with tax and pay documents needed for filing. Organized and filed documents in debtors file. Drafted reply email with link to the credit counseling course as requested by debtor and the updated list of needed documents for filing. | 0.50 | $100.00 | $50.00 |
| Service | BB | 12/14/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with 2021 tax documents. Organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/14/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with business questionnaire documents. Organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/15/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with several bank documents needed for filing. Merged and organized documents into client documents file | 0.40 | $100.00 | $40.00 |
| Service | BB | 12/15/2023 | Review email from debtor: Reviewed email from debtor inquiring what is next in the process and requesting I send the pages of the packet we need him to complete. Drafted email reply with answer and pages requested. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/18/2023 | Review email from debtor: Reviewed email from debtor with missing general information packet pages. Merged and organized pages into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BM | 12/19/2023 | Reviewed all provided documents to prepare for case input. Determined we are missing information on 4 secured loans, bank statements, and pay stubs. | 0.30 | $100.00 | $30.00 |

| Service | BB | 12/19/2023 | Review email from debtor: Reviewed email from debtor inquiring as to if we have received all documents needed for filing. Reviewed debtors pay stubs from USPS with bm. Drafted return email to debtor with updated list of documents needed for filing and requested pay stubs with pay dates on them. | 0.30 | $100.00 | $30.00 |
|---------|----|------------|------|------|---------|--------|
| Service | BB | 12/19/2023 | Review email from debtor: Reviewed email from debtor requesting to call. Tried to all and got voicemail. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/19/2023 | Contact Debtor (Text/Email): Phone conference with debtor discussing the updated list of documents needed for filing. Answered questions debtor had. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/21/2023 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/27/2023 | Review email from debtor: Reviewed email from debtor with bank statement needed for filing. Merged and organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/02/2024 | Review and organize documents provided by debtor: Reviewed several emails from debtor with several pay and bank documents needed for filing. Merged and organized documents into client document file. Reviewed debtors file to determine remaining documents needed for filing. Drafted email to debtor with updated list. | 0.50 | $100.00 | $50.00 |
| Service | BB | 01/02/2024 | Contact Debtor (Text/Email): Drafted email to debtor with credit counseling course information. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/02/2024 | Review email from debtor: Reviewed email from debtor stating they have completed the credit counseling course. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/05/2024 | Review email from debtor: Reviewed email from debtor requesting an update on his case. Informed debtor that we are still missing some documents needed for filing. Included list of documents in return email to debtor. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/05/2024 | Review email from debtor: Reviewed email from debtor with venmo bank documents. Merged and organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/05/2024 | Contact Debtor (Text/Email): Drafted email | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor informing him that we are still missing one last paycheck. | | | |
| Service | BB | 01/05/2024 | Review email from debtor: Reviewed email from debtor with missing pay stub. Merged and organized document into client documents file. Debtor requested information on the next steps. Informed debtor that we are moving forward with review and input and we will contact him if there is anything missing. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/09/2024 | Final review of all documents to prepare for case input. Debtors have multiple vehicles, bank accounts, and a business. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 01/10/2024 | Review letter submitted by debtor for school pay. Draft memo to BM to have debtor contact payroll & get a printout from them of the pay he receives. | 0.10 | $360.00 | $36.00 |
| Service | BM | 01/10/2024 | Emailed debtor requesting proof of income from the school board. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/12/2024 | Review email from debtor: Reviewed email from debtor with paystub. Organized document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/16/2024 | Review email from debtor: Reviewed email from debtor requesting an update on case. Informed debtor that the attorney is currently working on their file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/18/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.50 | $360.00 | $180.00 |
| Service | JAC | 01/18/2024 | Prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/18/2024 | Drafted email to debtors with the list of creditors to review for filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/19/2024 | Review email from debtor: Reviewed email from debtor stating that he does not have 3 vehicles with the creditor FMC | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/19/2024 | Contact Debtor (Text/Email): Drafted email to debtor explaining they are listed on there 3 different times since those are the contact addresses used for bankruptcy | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/22/2024 | Input Case - prepare schedules, SOFA | 0.80 | $360.00 | $288.00 |
| Service | BB | 01/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting information required by attorney to finish input. | 0.10 | $100.00 | $10.00 |

Invoice # 6424 - 05/16/2024

| Service | BB | 01/29/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting information required by attorney to finish input. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | BB | 01/30/2024 | Review email from debtor: Reviewed email from debtor with missing page from packet and pay from business information. Merged and organized document into client documents file. Drafted email to debtor informing him we are still missing a pay stub from USPS. | 0.30 | $100.00 | $30.00 |
| Service | BB | 02/07/2024 | Review email from debtor: Reviewed email from debtor stating the requested pay stub cannot be found. Debtor inquired if he can give us a letter from the postmaster stating that it was a check and for how much. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/13/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized pay document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/13/2024 | Review email from debtor: Reviewed email from debtor requesting an update on if I received his email. Informed debtor that I did receive it and sent his file for review and will contact him with any updates. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/16/2024 | Review email from Attorney: Reviewed email from attorney stating we need Jan pay documents from debtor to finish inputting his case. Drafted email to debtor requesting said documents. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/16/2024 | Input Case - calculate income for MT, I. Calculate plan payment | 0.50 | $360.00 | $180.00 |
| Service | BB | 02/16/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized pay documents into client documents file. Reviewed email from debtor requesting a profit and loss form. Drafted reply email informing debtor that I already had in my last email. | 0.30 | $100.00 | $30.00 |
| Service | BB | 02/16/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized profit and loss statement into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/20/2024 | Update MT, I with January pay | 0.10 | $360.00 | $36.00 |
| Service | BB | 02/20/2024 | Review email from debtor: Reviewed email from debtor inquiring when he can tell his creditors he has filed Informed debtor that we will reach out to make an appointment | 0.10 | $100.00 | $10.00 |

| | | | with the attorney and after that, we will send him his case number. Informed debtor once we send his case number, that means he has officially filed. | | | |
|---------|-----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | KR | 02/20/2024 | Review email from debtor: Reviewed email from debtor asking how this will work since he is self employed; drafted email to debtor informing him that he would be responsible for sending in the payment directly to the Trustee each month; instead of a wage order it would be direct pay. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/22/2024 | Review email from debtor: Reviewed email from debtor stating that he had a couple of questions; wanted to know if he had to include both cars and what would happen if he could not make the payments due to income decreasing for that month; called debtor left message; drafted email informing him that the vehicles do have to be included in the plan and if there was a month that he could not send in the full payment he would just send in extra the following month to catch up | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/22/2024 | Review email from debtor: Reviewed email from debtor informing me he will call me later since he has a few more questions about filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/23/2024 | Contact Debtor (Text/Email): Called debtor left message and drafted email to see if I could answer any of the questions he had on his filing options | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/26/2024 | Contact Debtor (Text/Email): Called debtor left message; drafted email to debtor asking if there were any more questions I could answer or if they had made a decision on fililng. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/27/2024 | Review email from debtor: Reviewed email from debtor stating that he will call me this morning but he never called; drafted email to debtor informing him that he can call at any time | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/27/2024 | Contact Debtor (Text/Email): Telephone conference with debtor about the questions he had on filing; reviewed the process of vehicle issues while in bankruptcy; income decrease and he also wanted to know if they could take the Lincoln out that the joint debtor has co-signed for with their daughter; he is worried this will affect their daughters credit; does not want to impact | 0.20 | $155.00 | $31.00 |

| | | | their daughter since she is just starting out | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/27/2024 | Drafted email memo to JAC re: co-signed Lincoln | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/28/2024 | Review & respond to email from KR re: cosigned debt | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/28/2024 | Contact Debtor (Text/Email): Reviewed email memo from JC re: Lincoln; telephone conference with debtor; explained that filing bankruptcy and including the Lincoln will affect her daughters credit; informed them of the option of surrendering the vehicle and the full financial responsibility will fall onto their daughter; he is going to get his wife to call so I can explain | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/28/2024 | Contact Debtor (Text/Email): Telephone conference with both debtor's; explaining the option of surrendering the Lincoln and how the financial responsibility will fall on the daughter, they would like to run the chapter 13 option surrendering the Lincolnto see if this will lower the payment; drafted email memo to JAC re: surrendering vehicle | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/29/2024 | Review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/29/2024 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: surrendering Lincoln; telephone conference with debtor reviewed the new payment plan surrendering the Lincoln; answered questions on what happens if he can not make a full payment one month; reviewed the creditors listed; he will call me on Monday once they discuss it over the weekend about moving forward | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/04/2024 | Review email from debtor: Reviewed email from debtor informing me they would like to proceed with the filing of the Chapter 13; drafted email to debtor informing them I will let the attorney know and someone from our office will be contacting them with the next step | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/04/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/08/2024 | Prepare signing docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/11/2024 | Add estimated tax liability to J & MT | 0.10 | $360.00 | $36.00 |

| Service | TR | 03/11/2024 | Conference w/ client to review and revise petition, schedules statements and plan | 0.70 | $360.00 | $252.00 |
| Service | JAC | 03/11/2024 | Prepare final bankruptcy for debtors to review and sign | 0.20 | $360.00 | $72.00 |
| Service | BB | 03/11/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/12/2024 | Contact Debtor (Text/Email): Drafted text to debtor's reminding them to review and sign the plan documents so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/13/2024 | Contact Debtor (Text/Email): Called debtor about the plan documents they need to sign so we can file their case; left message and drafted text | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/13/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating that he will get his wife to sign; wanted to know if even though the Lincoln is listed that they will be surrendering and their daughter can pay to keep it; reviewed plan; drafted email to debtor informing him yes | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/13/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | KR | 03/13/2024 | Drafted text to debtor with their chapter 13 case number | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/13/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/13/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/14/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice, research banks for corporate office | 0.40 | $360.00 | $144.00 |
| Service | KR | 03/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor with their plan payment and what to do/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |

| Expense | BB | 03/14/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $61.06 | $61.06 |
|---|---|---|---|---|---|---|
| Service | JC | 03/15/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/15/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | TR | 03/15/2024 | Review: 24-50343-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/18/2024 | Reviewed letter from AIS about the F150 that the debtors have with Ford Motor Company; provided payment information; reviewed plan F150 included in the plan payment | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/19/2024 | Contact Debtor (Text/Email): Reviewed text from debtor with emergency contact information. Organized in debtors file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | TR | 03/19/2024 | Review: Proof of Claim 24-50343-KMS Discover Bank Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/19/2024 | Review: Proof of Claim 24-50343-KMS Discover Bank Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/19/2024 | Review: 24-50343-KMS Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/20/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they are familiar with zoom and a practice meeting is not necessary. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/20/2024 | Review and organize documents provided by debtor: Reviewed all statements for 6 bank accounts, taxes, pay advices for 3 sources of income, and identification for the Meeting of Creditors per the request of the Trustee; created list of missing documents | 0.50 | $155.00 | $77.50 |

| Service | JAC | 03/22/2024 | Review: 24-50343-KMS Notice of Appearance Document# 19 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | KR | 03/28/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the missing paystubs and bank statements for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/29/2024 | Review: Proof of Claim 24-50343-KMS First National Bank of Omaha Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/29/2024 | Review: Proof of Claim 24-50343-KMS Sheffield Financial, a division of Truist Bank Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/04/2024 | Review email from debtor: Reviewed email from debtor requesting a phone number to reach us; drafted email to debtor providing a contact number. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/05/2024 | Reviewed Certified Mail Receipt from BankPlus organized in correspondence file. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/05/2024 | Reviewed Certified Mail Receipt from Sheffield Finance; organized in correspondence file. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-50343-KMS Republic Finance, LLC Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-50343-KMS Ford Motor Credit Company, LLC Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-50343-KMS Ford Motor Credit Company, LLC Document # 7 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-50343-KMS MERRICK BANK Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/08/2024 | Update treatment for POC 7, update amounts owed on debts for claims filed (POCs 1-8) | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/09/2024 | Call Debtor: Called debtor left message; drafted email and text about the missing documents needed for the Meeting of Creditors. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/15/2024 | Review email from debtor: Reviewed 19 emails from debtor with missing bank statements and pay advices; organized and merged with existing pay advices and bank statements; drafted email to debtor informing him of the missing pay advices; drafted letter to the Trustee to attach with the documents for the Meeting of Creditors; | 0.60 | $155.00 | $93.00 |

Invoice # 6424 - 05/16/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | drafted email memo to JAC re: Mail Trustee documents | | | |
| Expense | JC | 04/15/2024 | Postage - Docs to Trustee: Docs to trustee for MOC | 1.00 | $3.07 | $3.07 |
| Service | JC | 04/15/2024 | Reviewed e-mail memo from KAR with 84 pages of documents requested by trustee including tax returns, pay slips, and bank statements along with a letter to trustee attached; signed letter; prepared all documents and envelope for mailing; drafted memo to KR informing she can e-mail photo ID and SS card to trustee. | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/15/2024 | Review and respond to email memo: Reviewed email from debtor requesting a copy of the profit/loss statement; drafted email with the requested profit/loss statement and requested anything showing his income from the school since January | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/15/2024 | Drafted email to the Trustee's office with the drivers license and the social security cards for debtors for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/16/2024 | Amend Plan - update claims in best case based on amounts filed w/the Court. Recalculate plan payment. Prepare plan for Δ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/16/2024 | Review: Proof of Claim 24-50343-KMS OneMain Financial Document # 10 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/16/2024 | Review: Proof of Claim 24-50343-KMS JPMorgan Chase Bank, N.A. Document # 9 | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/17/2024 | Contact Debtor (Text/Email): Drafted email to debtors with the Amended Plan to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/18/2024 | Review: Proof of Claim 24-50343-KMS Capital One, N.A. Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/18/2024 | Review: Proof of Claim 24-50343-KMS Capital One, N.A. Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/18/2024 | Review: Proof of Claim 24-50343-KMS Capital One, N.A. Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/18/2024 | Review: Proof of Claim 24-50343-KMS Capital One, N.A. Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/18/2024 | Call Debtor: Telephone conference with debtor about the amended plan they need to sign to file with the court; they reviewed the documents last night; he saw that the | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | payments were lowered; reviewed orginial plan and the amended plan explained the situation with the F150; they will sign tonight; he will also request the missing pay stubs from the school district since he does not receive them; once he has them he will email them; explained there could be issues at the Meeting of Creditors if it is too late to email the missing paystubs; he understood | | | |
| Service | KR | 04/19/2024 | Call Debtor: Called debtor left message; drafted text about the amended documents that I need both debtors to sign so we can file with the court; also inquired about the paystubs that we are still needing. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/22/2024 | Reviewed and prepared the Amended Plan in Best Case with the debtor's signatures; reviewed proof of claim 7 for address to Ford Motor Company; drafted the Notice for Modifying plan for Ford Motor Company; drafted email memo to JAC re: review amended plan and notice | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/22/2024 | Call Debtor: Telephone conference with debtor; stated that he has requested the paystubs but have not received them; he is hoping to get them today; explained that with his meeting of creditors coming up this week their could be issues; | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/22/2024 | review & approve amendments drafted by KR | 0.20 | $360.00 | $72.00 |
| Service | BM | 04/23/2024 | Contact Debtor (Text/Email): Reviewed email from debtor wanting to confirm time and date of 341. Drafted email back with date and time. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/23/2024 | Review email from debtor: Reviewed email from debtor about his missing paystubs that he is waiting for from his employer and he requested the Meeting of Creditors information; drafted email to debtor with the Meeting of Creditors information | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/24/2024 | Created task for GM to print/mail 30 day notice to Ford Motor Company; prepared the modified chapter 13 plan and 30 day notice for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/24/2024 | Review email from debtor: Reviewed email from debtor with the missing paystubs; drafted email to the Trustee's office with the missing paystubs form the meeting of creditors | 0.10 | $155.00 | $15.50 |

| Service | KR | 04/24/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
|---------|-----|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|--------|
| Service | TR | 04/24/2024 | Review: Proof of Claim 24-50343-KMS American Express National Bank Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/24/2024 | Review: 24-50343-KMS Objection to Confirmation of the Plan Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/24/2024 | Review: 24-50343-KMS Objection to Confirmation of the Plan Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | BM | 04/25/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | TR | 04/26/2024 | Attend Ch 13 Meeting of Creditors | 0.30 | $360.00 | $108.00 |
| Service | TR | 05/01/2024 | Email Wes Blackshear on 2 objections to valuation | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: Proof of Claim 24-50343-KMS Jefferson Capital Systems LLC Document # 19 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: Proof of Claim 24-50343-KMS Jefferson Capital Systems LLC Document # 18 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: Proof of Claim 24-50343-KMS Jefferson Capital Systems LLC Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: Proof of Claim 24-50343-KMS Jefferson Capital Systems LLC Document # 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/10/2024 | Review: Proof of Claim 24-50343-KMS Spring Oaks Capital SPV, LLC Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/10/2024 | Review: Proof of Claim 24-50343-KMS Midland Credit Management, Inc. Document # 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/16/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|

| Jennifer Curry Calvillo | Attorney | 4.5 | $360.00 | $1,620.00 |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 4.2 | $360.00 | $1,512.00 |
| Brooke Brueland | Non-Attorney | 6.2 | $100.00 | $620.00 |
| Jacki Curry | Non-Attorney | 0.6 | $155.00 | $93.00 |
| Breanne McDaniel | Non-Attorney | 1.1 | $100.00 | $110.00 |
| Kerri Rodabough | Non-Attorney | 5.6 | $155.00 | $868.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $150.00 | $60.00 |
| | | | **Total** | **$4,947.13** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6424 | 06/15/2024 | $4,947.13 | $0.00 | $4,947.13 |
| | | | **Outstanding Balance** | **$4,947.13** |
| | | | **Total Amount Outstanding** | **$4,947.13** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6980
Date: 09/24/2024
Due On: 10/24/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rodney Joseph Dyess and Candace Janette Dyess

## 05170-Dyess Rodney Joseph Dyess and Candace Janette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 05/16/2024 | Drafted and reviewed invoice; drafted the First Application for Compensation; drafted email memo to TR re: review Application for Compensation | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/16/2024 | Review fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/16/2024 | Prepared the Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/17/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS BankPlus Document # 26 | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS LVNV Funding, LLC Document # 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS LVNV Funding, LLC Document # 22 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS LVNV Funding, LLC Document # 23 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS LVNV Funding, LLC Document # 24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS | 0.20 | $360.00 | $72.00 |

| | | | Ford Motor Credit Company, LLC Document # 30 | | | |
|---|---|---|---|---|---|---|
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS U.S. Bank National Association et al. Document # 29 | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS LVNV Funding, LLC Document # 28 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/21/2024 | Review: Proof of Claim 24-50343-KMS Lincoln Automotive Financial Services Document # 27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50343-KMS Quantum3 Group LLC as agent for Document # 34 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50343-KMS Directv, LLC Document # 32 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50343-KMS Quantum3 Group LLC as agent for Document # 33 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50343-KMS Tower Loan of Mississippi, LLC Document # 31 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50343-KMS Quantum3 Group LLC as agent for Document # 36 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/22/2024 | Review: Proof of Claim 24-50343-KMS Quantum3 Group LLC as agent for Document # 35 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/23/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/29/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/05/2024 | Review: Proof of Claim 24-50343-KMS Internal Revenue Servi Document # 37 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/05/2024 | Review: 24-50343-KMS Notice of Mortgage Payment Change Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/11/2024 | Review: 24-50343-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/12/2024 | Review: 24-50343-KMS Order on Application for Compensation Document #30 | 0.10 | $360.00 | $36.00 |

Invoice # 6980 - 09/24/2024

| Service | TR | 06/13/2024 | Review file and send follow up email to Blackshear on 2 objections pending | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 06/13/2024 | Review and sign proposed AO via email: 2 Orders | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/20/2024 | Review: 24-50343-KMS Minute Entry (CHAP) Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/21/2024 | Review: 24-50343-KMS Order on Objection to Confirmation Document #34 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: 24-50343-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/05/2024 | Review: 24-50343-KMS Amended Order Upon Employer Directing Deductions from Pay Document #39 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/23/2024 | Review: 24-50343-KMS Order Confirming Chapter 13 Plan Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/03/2024 | Review email from debtor: Reviewed email from debtor inquiring about his trustee payment. Forwarded email to kr. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/06/2024 | Call Debtor: Reviewed message from debtor about his payments; called debtor left message requesting a call back to discuss his payments and about the process of lowering payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/09/2024 | Call Debtor: Called debtor left message; drafted email to debtor requesting a call back to discuss his payments and also discuss the documents needed to analyze to lower his payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/11/2024 | Call Debtor: Called debtor left message; drafted email to debtor informing him that I was reaching out about his inquiry of lowering his payments; explained the process and the documents needed to analyze | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/11/2024 | Review email from debtor: Reviewed email from debtor stating that he will start working on the documents needed to analyze to lower his payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/12/2024 | Review email from debtor: Reviewed email from debtor about the profit/loss statements; drafted email to debtor providing the profit/loss sheet and requested any other income for household members. | 0.10 | $155.00 | $15.50 |

| Service | KR | 09/12/2024 | Review email from debtor: Reviewed emails from debtor with their income; merged with existing client documents; created task for JAC to analyze to lower plan payment | 0.20 | $155.00 | $31.00 |
|---|---|---|---|---|---|---|
| Service | BM | 09/13/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.40 | $155.00 | $62.00 |
| Service | SA | 09/19/2024 | Called and left voicemail requesting employment verification. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/20/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | BB | 09/20/2024 | Call Debtor: Reviewed voicemail from school district about this debtors proof of employment. Forwarded voicemail to sa. | 0.10 | $100.00 | $10.00 |
| Service | SA | 09/20/2024 | Reviewed voicemail from school district; attempted to call back and got no answer. | 0.10 | $100.00 | $10.00 |
| Service | SA | 09/23/2024 | Telephone conference with Sherry Quaterman to confirm employment for client. Called client and requested two months of pay stubs and bank statements. Drafted email to client to follow up phone call and provide my email address for him to submit requested documentation. | 0.20 | $100.00 | $20.00 |
| Service | SA | 09/24/2024 | Review email from debtor: Received pay stubs from school board. Uploaded to matter. | 0.10 | $100.00 | $10.00 |
| | | | | **Services Subtotal** | | **$1,650.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/17/2024 | Mailing Expense - Application for Compensation | 1.00 | $97.65 | $97.65 |
| | | | **Expenses Subtotal** | | **$97.65** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| | Thomas Rollins | Attorney | 3.4 | $360.00 | $1,224.00 |
| | Shaton Andrews | Non-Attorney | 0.5 | $100.00 | $50.00 |
| | Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |

Invoice # 6980 - 09/24/2024

| Breanne McDaniel | Non-Attorney | 0.4 | $155.00 | $62.00 |
|---|---|---|---|---|
| Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | | | **Subtotal** | **$1,747.65** |
| | | | **Total** | **$1,747.65** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6424 | 06/15/2024 | $4,947.13 | $0.00 | $4,947.13 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6980 | 10/24/2024 | $1,747.65 | $0.00 | $1,747.65 |
| | | | **Outstanding Balance** | **$6,694.78** |
| | | | **Total Amount Outstanding** | **$6,694.78** |



ROLLINS
LAW FIRM

# INVOICE

Invoice # 7782
Date: 04/07/2025
Due On: 05/07/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rodney Joseph Dyess and Candace Janette Dyess

## 05170-Dyess Rodney Joseph Dyess and Candace Janette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 09/24/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for expense and attorney fees; reviewed court docket for previous orders; drafted Application for Compensation, the Notice and the Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 09/24/2024 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/24/2024 | Review and respond to email memo: Reviewed email memo from TR re: Application for Compensation; prepared the Application, the Notice and the Invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | SA | 09/26/2024 | Review email from debtor: Debtor emailed to advise his last day working at USPS. Updated matter. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/26/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the Notice with the Declaration of Mailing, the invoice and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | SA | 09/27/2024 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor requesting bank statements. | | | |
| Service | SA | 09/30/2024 | Review email from debtor: Reviewed and organized bank statement; uploaded to matter. | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/01/2024 | Review email from debtor: Client sent in most recent bank statement; reviewed, organized and uploaded to matter. | 0.10 | $100.00 | $10.00 |
| Service | SA | 10/02/2024 | Review email from debtor: Debtor emailed to advise that he would not be able to make his complete monthly payment. He stated that he hoped to make a second payment this month. Updated task for kr with this information. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/02/2024 | Reviewed and verified bank statements requested by the attorney to analyze to lower payment his payment since the debtor's income has decreased | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/03/2024 | Analyze to Lower Payments - update J with expenses. Calculate plan pmt based on liquidation. Missing Sept P/L for more accurate current income, requested same from SA | 0.20 | $360.00 | $72.00 |
| Service | SA | 10/03/2024 | Call Debtor: Telephone conference with debtor to request he send in September P/L statement as soon as possible for the attorney to analyze for lower payments. | 0.10 | $100.00 | $10.00 |
| Service | SA | 10/07/2024 | Review email from debtor: Debtor sent September bank statement and P/L statement by email. Uploaded to matter | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/08/2024 | review clio memo re: Sept P/L rec'd for case analysis | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/09/2024 | Analyze to Lower Payments - calculate P/L for business based on last 3 P/L statements. Calculate estimated taxes owed for income | 0.20 | $360.00 | $72.00 |
| Service | KR | 10/10/2024 | Call Debtor: Telephone conference with debtor about estimated plan payment after analyzing his case to lower his monthly payment; he would now like to see if we could lower his payment by surrendering the Yamaha | 0.20 | $155.00 | $31.00 |

Invoice # 7782 - 04/07/2025

| | | | ; created task fro JAC to analyze | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 10/10/2024 | Calculate plan pmt to surrender yamaha. Send to KR to review w/Δ | 0.20 | $360.00 | $72.00 |
| Service | KR | 10/11/2024 | Contact Debtor (Text/Email): Called debtor left message; drafted email about the estimated plan payment with surrendering the boat and the lower income he is receiving | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/16/2024 | Call Debtor: Telephone conference with debtor; reviewed the estimated plan payment if he surrendered the boat and the process of filing a Motion to Modify his plan to do this; | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/21/2024 | Contact Debtor (Text/Email): Drafted email memo to both debtors to sign the Supplemental I/J so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/21/2024 | Draft Notice, Motion & Order: Reviewed court docket for Proof of Claim filed by Bank Plus and the confirmed plan; reviewed the Secretary of State's website for the Registered agent; reviewed Bank Plus home page for the CEO; drafted Motion to Modify plan, the 30 day notice and the proposed order to surrender the boat to the creditor Bank Plus; drafted email memo to TR re: review Motion to Modify | 0.40 | $155.00 | $62.00 |
| Service | KR | 10/23/2024 | Call Debtor: Called debtor left message about the supplemental I/J we emailed for the debtors to sign so we can file with the court to lower the plan payment per their request | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/24/2024 | Review and approve motion to modify drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/25/2024 | Call Debtor: Called debtor left message and drafted text about the supplemental I/J the joint debtor needs to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/25/2024 | Review: Proof of Claim 24-50343-KMS Department of Treasury - Internal Revenue Service Document # Amended 37 | 0.20 | $360.00 | $72.00 |
| Service | KR | 10/25/2024 | Reviewed signed Supplemental I/J from debtor; prepared the | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Supplemental I/J for upload to the court | | | |
| Service | KR | 10/25/2024 | Prepared the 30 day Notice and the Motion to Modify for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/25/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion, the 30 day Notice and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/29/2024 | Review email from debtor: Reviewed email from debtor requesting a permission to contact letter be sent to the mortgage company so they can speak to them about adding the homeowners insurance into their mortgage payment; drafted email memo to debtors informing them I will get with the attorney and see if this is something we can do and requested an email address or fax number for Faye | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/31/2024 | Reviewed email memo from TR re: Permission to Contact; drafted Permission to Contact Letter to Fay; created task for VM to print and mail | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/01/2024 | Review email from debtor: Reviewed email from debtor with the contact information for Fay Mortgage for the permission to contact letter the debtor requested | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/01/2024 | Reviewed and signed Permission to contact letter to Fay Servicing LLC | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/04/2024 | Drafted fax and email with the permission to contact letter requested by the debtor to Fay; drafted email to the debtor providing a copy of the letter | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/05/2024 | Reviewed email from Fay requesting his loan number for his mortgage since he has requested a permission to contact letter; created task for SA to gather information | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/05/2024 | Review: 24-50343-KMS Order on Application for Compensation Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/08/2024 | Review email from debtor: Reviewed | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from debtor informing me the letter was refused by Fay; they are requesting a new letter with the loan number; drafted email to debtor requesting the loan number | | | |
| Service | KR | 11/08/2024 | Review email from debtor: Reviewed email from debtor with the loan number with Fay; drafted email to debtor informing I will draft another letter with the information being requested by Fay | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/13/2024 | Drafted Permission to Contact Letter to Fay about adding the escrow with the loan number and the property address per their request; created task for VM to get the attorney to sign and mail | 0.20 | $155.00 | $31.00 |
| Service | TR | 11/13/2024 | Reviewed and signed Permission to contact letter to Fay Servicing | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/18/2024 | Contact Debtor (Text/Email): Drafted email to Fay Mortgage Company and also to the debtor with the signed letter granting them permission to speak with debtor about his escrow | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/20/2024 | Review: 24-50343-KMS Response Document# 53 | 0.20 | $360.00 | $72.00 |
| Service | KR | 11/25/2024 | Incoming Call: Telephone conference with an administrator at Bank Plus about the Motion to Modify that was filed to surrender the Yamaha boat; | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/26/2024 | Reviewed Response filed by Bank Plus; drafted Agreed Order for the Motion to Modify to Surrender the property to Bank Plus | 0.20 | $155.00 | $31.00 |
| Service | TR | 11/26/2024 | Review: 24-50343-KMS Notice of Mortgage Payment Change Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/27/2024 | Review email from Attorney: Reviewed email memo from TR re: Agreed Order per the Motion to Modify to Surrender collateral to Bank Plus | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/27/2024 | Telephone conference with the attorney representing Bank Plus about the Agreed Order per the Motion to Modify to surrender collateral; drafted email to the | 0.10 | $155.00 | $15.50 |

Invoice # 7782 - 04/07/2025

| | | | attorney re: Agreed Order to review and sign | | | |
|---|---|---|---|---|---|---|
| Service | KR | 12/02/2024 | Telephone conference with Bank Plus about the Agreed Order; she will review this week since the hearing was set today for this month | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/03/2024 | Review: 24-50343-KMS Hearing Set - Bankruptcy Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/05/2024 | Reviewed email from the attorney at Bank Plus with the requested revisions for the Agreed Order; revised the Agreed Order per the Motion to Modify; drafted email memo to TR re: review Agreed Order | 0.30 | $155.00 | $46.50 |
| Service | TR | 12/06/2024 | Review and approve proposed revision to proposed order via email | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/06/2024 | Review email from Attorney: Reviewed email memo from TR re: Agreed Order; drafted email to the attorney for Bank Plus with the Agreed Order to sign | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/09/2024 | Reviewed email from attorney at Bank Plus with the e-signature on the Agreed Order per the Motion to Modify; drafted email to the Trustee's office for review and e-signature. | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/12/2024 | Drafted email to the attorney at the Trustee's office requesting an update on the approval of the Agreed Order per the Motion to Modify | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/13/2024 | Drafted email to the case administrator at the Trustee's office about the Agreed Order the Trustee's attorney needed to review | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/16/2024 | Reviewed the signed Agreed Order from the Trustee's office; drafted email memo to TR re: review Order for upload | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/16/2024 | Review email from Attorney: Reviewed email memo from TR re: Agreed Order; prepared the Agreed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/17/2024 | Review: 24-50343-KMS Minute Entry (CHAP) Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/17/2024 | Review: 24-50343-KMS Order on Motion to Modify Plan Document# 62 | 0.10 | $360.00 | $36.00 |

| Service | TR | 12/19/2024 | Review: 24-50343-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 63 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | KR | 01/15/2025 | Contact Debtor (Text/Email): Reviewed email memo from the Trustee's with the expanded report stating that this was the lowest they could do the plan payment; merged the expanded report with existing client documents; drafted email to the debtor providing them a copy of the expanded report and informed them that this was the lowest the Trustee would go | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/07/2025 | Review: 24-50343-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/07/2025 | Drafted motion to dismiss Letter and emailed to VM for mailing. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/07/2025 | Call Debtor: Reviewed court docket to verify the delinquency on the Motion to Dismiss; reviewed Trustee's website for previous payments made; telephone conference with debtor about the delinquency and the Motion to Dismiss; he has take a pay decrease and can not afford the full payments at this time but can send in extra towards the delinquency; reviewed past payments made; he has made payments every month but not what his plan payments are; he would like us to analyze to lower again; drafted email to debtor with the updated expense sheet and the profit/loss statements | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/10/2025 | Review email from debtor: Reviewed emails from debtor with Profit Loss statements, paystubs and his employees pay records; organized and merged with existing pay; drafted email to debtor requesting the pay from the school board | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/10/2025 | Review email from debtor: Reviewed email from debtor inquiring if he still needed to provide the paystubs since he makes the same each month; drafted email to debtor informing him that I will ned the 2 months of pay showing the months | 0.10 | $0.00 | $0.00 |

Invoice # 7782 - 04/07/2025

| Service | KR | 03/11/2025 | Review email from debtor: Reviewed email from debtor with the missing paystubs from the school district; merged with existing pay; created task for JAC to analyze to lower the payment | 0.10 | $155.00 | $15.50 |
|---------|-----|-----------|---|------|---------|--------|
| Service | KR | 03/12/2025 | Call Debtor: Called debtor left message; drafted email to debtor informing him that we can not lower the payment due to the five vehicles | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/12/2025 | Incoming Call: Telephone conference with debtor about his options; reviewed all claims that were filed in his case for vehicles; reviewed the Trustee's website to verify amounts paid towards the claims; reviewed his concerns with surrendering vehicles, the delinquency and the Motion to Dismiss; he is wanting to know his best option; discussed refiling; discussed contact creditors to work out debts; discussed surrendering the Avalon and the Camry or even the F1`50; he also inquired about the possibility of removing the IRS debt; informed him I will get with the attorney to see his best option | 0.60 | $155.00 | $93.00 |
| Service | KR | 03/12/2025 | Drafted email memo to TR re: bankruptcy options and delinquency | 0.20 | $155.00 | $31.00 |
| Service | TR | 03/13/2025 | Review file re: Δ should let the case dismiss or try to modify, send instructions to paralegal | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/13/2025 | Call Debtor: Reviewed email memo from TR re: delinquency; telephone conference with debtor about the options of refiling and surrendering his vehicles; explained the refiling fees | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor with the refiling packet | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/13/2025 | Call Debtor: Reviewed email memo from TR re: vehicles included in plan; called debtor left message requesting a call back to discuss the vehicles he would like to keep | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/17/2025 | Call Debtor: Telephone conference with debtor to verify the vehicles he would like to retain if refiling | 0.10 | $155.00 | $15.50 |

Invoice # 7782 - 04/07/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/17/2025 | Reviewed the Trustee's website for totals still owed on the 2020 Mustang, 2022 Mustang and the Ford Expedition; drafted email memo to TR re: refiling. | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/18/2025 | Call Debtor: Reviewed email memo from TR re: estimated plan payment; called debtor left message; drafted email to debtor informing him of what his estimated plan payment would be if he dismissed his case and refiled | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/19/2025 | Call Debtor: Telephone conference with debtor about not filing a response and refiling; provided him the estimated plan payment if he refiled; drafted email memo to TR re: refiling and the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/24/2025 | Reviewed email from debtor about the refiling packet; drafted email to debtor informing him he does not need to fill out the new debt page if he did not incur any new debt | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/01/2025 | Review email from debtor: Reviewed email from debtor with the refiling packet; merged with existing documents; drafted email to debtor informing him once his case is dismissed we will start reviewing his submitted documents after he pays the refiling fee | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/03/2025 | Review: 24-50343-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 67 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/03/2025 | Call Debtor: Reviewed court docket for the Order of Dismissal; called debtor left message; drafted email to debtor to inform him of the dismissal and the refiling process | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/03/2025 | Review email from debtor: Reviewed email from debtor stating that he is ready to pay the refiling fee; created task for SA to collect the refiling fee | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/07/2025 | Reviewed the Trustee's website to verify the amount of the attorney fees paid; reviewed applications filed; drafted email to the Trustee's office inquiring if any more payments will be mailed towards the attorney fees before we file the Final Application | 0.20 | $155.00 | $31.00 |

Invoice # 7782 - 04/07/2025

| Service | KR | 04/07/2025 | Reviewed court docket for the previous invoices and Orders; reviewed the Trustee's website to verify the amount of attorney fees paid; drafted 1st part of the Final Application and Lodestar using the totals from the previous Orders and invoices | 0.40 | $155.00 | $62.00 |
|---|---|---|---|---|---|---|
| | | | **Services Subtotal** | | | **$2,343.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $81.62 | $81.62 |
| Expense | 09/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $81.62 | $81.62 |
| Expense | 10/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $13.66 | $13.66 |
| Expense | 10/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $13.66 | $13.66 |
| Expense | 11/01/2024 | Postage: Mailed permission to contact letter | 1.00 | $0.69 | $0.69 |
| | | **Expenses Subtotal** | | | **$191.25** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.1 | $360.00 | $396.00 |
| Thomas Rollins | | Attorney | 1.5 | $360.00 | $540.00 |
| Shaton Andrews | | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 8.5 | $155.00 | $1,317.50 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | | | **Subtotal** | | **$2,534.75** |
| | | | **Total** | | **$2,534.75** |

# Detailed Statement of Account

## Other Invoices

Invoice # 7782 - 04/07/2025

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6424 | 06/15/2024 | $4,947.13 | $0.00 | $4,947.13 |
| 6980 | 10/24/2024 | $1,747.65 | $0.00 | $1,747.65 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7782 | 05/07/2025 | $2,534.75 | $0.00 | $2,534.75 |

|  |  |  | Outstanding Balance | **$9,229.53** |
|---|---|---|---|---|
|  |  |  | Total Amount Outstanding | **$9,229.53** |