

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:                                                                                                  CHAPTER 13
RODNEY JOSEPH & CANDACE JANETTE DYESS                       CASE NO. 24-50343-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
RODNEY JOSEPH DYESS (SSN # XXX-XX-5506)

THE ORDER (**Dkt. 63**) heretofore entered in these proceedings by which the debtor's employer:

> DCS & ASSOCIATES
> ATTN: PAYROLL DEPT.
> 648 HENLEY FIELD MCNEILL RD
> CARRIERE, MS 39426

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##