0032-5G-EPIE5G-00145017-201526

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: RODNEY JOSEPH DYESS  
      CANDACE JANETTE DYESS  
      Debtor(s)

Case No.: 24-50343-KMS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

WARREN A. CUNTZ, JR., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2024.
2) The plan was confirmed on 07/22/2024.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/06/2025.
5) The case was dismissed on 04/02/2025.
6) Number of months from filing or conversion to last payment: 12.
7) Number of months case was pending: 15.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $57,267.15 |
| Less amount refunded to debtor: | $3.41 |
| **NET RECEIPTS:** | $57,263.74 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $4,991.94 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,230.95 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $8,222.89 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AES | Unsecured | 392.00 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 682.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS National Bank | Unsecured | 4,340.73 | 4,798.18 | 4,798.18 | 216.77 | .00 |
| BANKPLUS | Secured | 39,439.00 | 39,597.52 | 44,619.00 | 4,198.36 | .00 |
| BANKPLUS | Unsecured | 39,597.52 | 39,597.52 | 4,597.52 | 207.71 | .00 |
| CAPITAL ONE NA by AM InfoSource | Unsecured | 1,505.00 | 1,531.95 | 1,531.95 | 69.21 | .00 |
| CAPITAL ONE NA by AM InfoSource | Unsecured | 3,844.00 | 4,092.49 | 4,092.49 | 184.89 | .00 |
| CAPITAL ONE NA by AM InfoSource | Unsecured | 633.00 | 435.68 | 435.68 | 19.68 | .00 |
| CAPITAL ONE NA by AM InfoSource | Unsecured | 1,453.00 | 1,430.09 | 1,430.09 | 64.61 | .00 |
| CHASE CARD SVCS | Unsecured | 194.00 | NA | NA | .00 | .00 |
| DirecTV LLC by AM InfoSource as Agt | Unsecured | NA | 565.85 | 565.85 | 25.56 | .00 |
| DISCOVER Bank Discover Products Inc | Unsecured | 2,553.00 | 2,559.96 | 2,559.96 | 115.65 | .00 |
| DISCOVER Bank Discover Products Inc | Unsecured | 542.00 | 542.47 | 542.47 | 24.51 | .00 |

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: RODNEY JOSEPH DYESS  
      CANDACE JANETTE DYESS  
      Debtor(s)

Case No.: 24-50343-KMS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FAY SERVICING LLC | Secured | 151,727.00 | 152,257.39 | 12,370.14 | 12,370.14 | .00 |
| FAY SERVICING LLC | Secured | 152,257.39 | 152,257.39 | 3,677.14 | 485.46 | .00 |
| FAY SERVICING LLC | Secured | 300.00 | 300.00 | 300.00 | 18.00 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 1,875.00 | 1,997.13 | 1,997.13 | 90.23 | .00 |
| FORD MOTOR CREDIT COMPANY LLC | Secured | 33,273.00 | 30,801.87 | 39,267.00 | 5,128.73 | .00 |
| FORD MOTOR CREDIT COMPANY LLC | Secured | 39,669.00 | 37,247.19 | 47,483.40 | 6,201.46 | .00 |
| FORD MOTOR CREDIT COMPANY LLC | Secured | 19,621.00 | 18,455.49 | .00 | .00 | .00 |
| FORD MOTOR CREDIT COMPANY LLC | Secured | 49,681.00 | 45,873.35 | 45,635.40 | 5,958.72 | .00 |
| FORD MOTOR CREDIT COMPANY LLC | Unsecured | 45,873.35 | 45,873.35 | 10,075.85 | 455.21 | .00 |
| GENESIS FS CARD | Unsecured | 203.00 | NA | NA | .00 | .00 |
| GOLDMAN SACHS BANK | Unsecured | 3,867.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 40,439.27 | 37,943.27 | 36,263.67 | 5,058.25 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 40,439.27 | 40,439.27 | 1,679.60 | 75.88 | .00 |
| Jefferson Capital Systems LLC | Unsecured | 389.00 | 530.62 | 530.62 | 23.97 | .00 |
| Jefferson Capital Systems LLC | Unsecured | 456.00 | 456.02 | 456.02 | 20.60 | .00 |
| Jefferson Capital Systems LLC | Unsecured | 1,162.00 | 1,162.31 | 1,162.31 | 52.51 | .00 |
| Jefferson Capital Systems LLC | Unsecured | 5,693.00 | 5,357.16 | 5,357.16 | 242.03 | .00 |
| JPMORGAN CHASE BANK NA | Secured | 17,169.00 | 16,015.17 | 20,416.80 | 2,670.07 | .00 |
| KOHLS CAPITAL ONE | Unsecured | 1,519.00 | NA | NA | .00 | .00 |
| LVNV Funding LLC | Unsecured | 3,331.00 | 3,661.15 | 3,661.15 | 165.40 | .00 |
| LVNV Funding LLC | Unsecured | 4,191.00 | 4,290.55 | 4,290.55 | 193.84 | .00 |
| LVNV Funding LLC | Unsecured | 4,855.00 | 5,389.87 | 5,389.87 | 243.50 | .00 |
| LVNV Funding LLC | Unsecured | 718.00 | 888.87 | 888.87 | 40.16 | .00 |
| LVNV Funding LLC | Unsecured | 974.00 | 1,170.48 | 1,170.48 | 52.88 | .00 |
| Merrick Bank | Unsecured | 2,019.00 | 1,893.50 | 1,893.50 | 85.54 | .00 |
| Midland Credit Management Inc | Unsecured | 4,293.00 | 4,547.65 | 4,547.65 | 205.45 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Secured | 22,386.00 | 23,517.38 | 13,452.60 | 1,761.77 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 23,517.38 | 23,517.38 | 12,964.88 | 585.73 | .00 |
| Quantum3 Group LLC | Unsecured | 5,273.00 | 6,222.12 | 6,222.12 | 281.10 | .00 |
| Quantum3 Group LLC | Unsecured | 3,642.00 | 4,368.92 | 4,368.92 | 197.38 | .00 |
| Quantum3 Group LLC | Unsecured | 6,954.00 | 7,588.78 | 7,588.78 | 342.85 | .00 |
| Quantum3 Group LLC | Unsecured | NA | 484.04 | 484.04 | 21.87 | .00 |
| Republic Finance | Secured | 10,116.00 | 8,183.38 | .00 | .00 | .00 |
| Sheffield Financial | Secured | 4,873.00 | 3,945.21 | 4,461.60 | 587.26 | .00 |
| Sheffield Financial | Unsecured | 3,945.21 | 3,945.21 | 445.21 | 20.11 | .00 |
| SPRING OAKS CAPITAL SPV LLC | Unsecured | NA | 1,960.72 | 1,960.72 | 88.58 | .00 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| | |
|---|---|
| In re:  RODNEY JOSEPH DYESS<br>        CANDACE JANETTE DYESS<br>            Debtor(s) | Case No.:  24-50343-KMS |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TOWER LOAN OF MS LLC (Picayune) | Unsecured | 3,917.00 | 4,188.25 | 4,188.25 | 189.22 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 12,370.14 | 12,370.14 | .00 |
| Mortgage Arrearage: | 3,677.14 | 485.46 | .00 |
| Debt Secured by Vehicle: | 166,255.20 | 21,720.75 | .00 |
| All Other Secured: | 49,380.60 | 4,803.62 | .00 |
| **TOTAL SECURED:** | 231,683.08 | 39,379.97 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 36,263.67 | 5,058.25 | .00 |
| **TOTAL PRIORITY:** | 36,263.67 | 5,058.25 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 101,877.87 | 4,602.63 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $8,222.89 |
| Disbursements to Creditors: | $49,040.85 |
| **TOTAL DISBURSEMENTS:** | $57,263.74 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

| | | |
|---|---|---|
| Date:  06/30/2025 | By: | /s/WARREN A. CUNTZ, JR. |
| | | Trustee |

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.